# United States Court of Appeals for the Federal Circuit

No. 2014-1207

IN RE ANDREW IAN DOUGLASS

---

### APPELLANT'S MOTION TO FURTHER EXTEND TIME TO FILE BRIEF

Pursuant to Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b), Appellant Andrew Ian Douglass ("Mr. Douglass") hereby respectfully requests that the Court further enlarge the time for filing his Brief by a period of thirty (30) days, to and including May 9, 2014.

As grounds for this motion, Mr. Douglass states that good cause exists for the requested enlargement and the additional time being sought is reasonable. This is the second request made by Mr. Douglass for an enlargement of the time to file his Brief. Counsel for the Appellee has indicated that the Appellee **does not oppose** Mr. Douglass' request for an enlargement of time. In further support of this request, Mr. Douglass submits the accompanying Affidavit of John T. Harding and would respectfully show as follows:

1.  This is an appeal from a Final Decision of the Patent Trial and Appeal Board ("PTAB") denying a patent for the invention specified in Claims 19-40 of Patent Application No. 09/527,507 ("System and Process for Virtual Management of Risk of Injury to Property or Casualty") that was originally filed by Mr. Douglass on March 16, 2000 (the "Patent Application").

2.  On October 18, 2007, the U.S. Patent and Trademark Office ("PTO") mailed a Final Office Action rejecting Claims 19-40 of the Patent Application. No amendments to the Patent

Application were filed after the issuance of the Final Office Action. A Notice of Appeal was timely filed on December 18, 2007, and the appeal was docketed as Appeal No. 2010-002514. On May 10, 2013, the PTAB mailed its Decision on Appeal, affirming the PTO's final rejection of Claims 19-40 of the Patent Application. No request for rehearing or reconsideration was submitted to the PTAB.

3. Pursuant to the PTO's Memorandum and Order dated October 13, 2013, Mr. Douglass timely commenced this appeal by filing and serving a Notice of Appeal on November 21, 2013.

4. Pursuant to the Court's Notice of Docketing dated January 7, 2014, Fed. R. App. P. 26 and Fed. Cir. R. 26 and 31, Mr. Douglass' Brief was originally due on March 10, 2014. On February 27, 2014, Mr. Douglass requested that the time to file his Brief be enlarged by a period of thirty (30) days. [Doc. No. 11]. Pursuant to the Court's Order dated March 3, 2014 [Doc. No. 12], the Court granted Mr. Douglass request, and Mr. Douglass' Brief is currently due on April 9, 2014. Mr. Douglass is requesting an additional thirty (30) days in which to file his Brief, to and including May 9, 2014. This is Mr. Douglass' second request for an enlargement of time to file his Brief. Appellee Michelle K. Lee, Deputy Director, U.S. Patent and Trademark Office, does not object to the extension requested by Mr. Douglass.

5. As set forth in the accompanying Affidavit of John T. Harding, the additional time being requested is required to finalize the working copy of the Appendix for the parties' briefing and to prepare Mr. Douglass' Brief. Other professional obligations of counsel during the past month and a pre-planned vacation out of the United States have made the additional time necessary.

6. The additional thirty (30) days requested by Mr. Douglass to prepare and file his Brief will not unduly delay the disposition of this appeal or prejudice the other party since no oral argument has been scheduled in this matter and the thirty (30) day enlargement should not significantly impact the time-frame in which this appeal will be resolved.

1466447v1

For the reasons set forth above and in the accompanying Affidavit of John T. Harding, good cause exists for the requested enlargement of time and the request is not opposed by Appellee.

**WHEREFORE**, the Appellant Andrew Ian Douglass hereby requests that the Court further enlarge the time for filing his Brief for a period of thirty (30) days, to and including May 9, 2014.

Respectfully submitted,
**ANDREW IAN DOUGLASS**
By his attorneys,

/s/ *John T. Harding*

_____
John T. Harding
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
Tel: (617) 439-7558
Fax: (617) 342-4888
jharding@morrisonmahoney.com

Dated:  April 2, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2014, I electronically filed the foregoing document with the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. P. 25(c), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012).

/s/ *John T. Harding*

_____
John T. Harding
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
Tel: (617) 439-7558
Fax: (617) 342-4888
jharding@morrisonmahoney.com