NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re: ANDREW IAN DOUGLASS**

_____

14-1207
(Serial no. 09/527,507 )

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

_____

ON MOTION

### O R D E R

Upon consideration of the Appellant Andrew Ian Douglass' unopposed motion to extend time to file his principal brief until May 09, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

April 3, 2014                    /s/ Daniel E. O'Toole
                                 Daniel E. O'Toole
                                 Clerk of Court

Case: 14-1207    Document: 16    Page: 2    Filed: 04/03/2014

2                                                    IN RE: DOUGLASS