NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ANDREW IAN DOUGLASS**

---

2014-1207

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 09/527,507.

---

**ON MOTION**

---

**O R D E R**

Andrew Ian Douglass moves without opposition for a 21-day extension of time, until May 30, 2014, to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2  IN RE DOUGLASS

>     FOR THE COURT
>
>     <u>/s/ Daniel E. O'Toole</u>
>     Daniel E. O'Toole
>     Clerk of Court

s27

2  IN RE DOUGLASS