# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

May 30, 2014

To: Joseph B. Milstein

Re:  14-1207 - In re: Douglass

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- Clarification of law firm and address.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole

Daniel O'Toole
Clerk of Court

cc: John Thomas Harding
Jeremiah Helm
Nathan K. Kelley
Jamie Lynne Simpson