FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re: Douglass _____ v. _____

No. 14-1207

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　　　[✓] As counsel for:　Andrew Ian Douglass
　　　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

[ ] Petitioner　　[ ] Respondent　　[ ] Amicus curiae　　[ ] Cross Appellant
[✓] Appellant　　[ ] Appellee　　　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant　　[ ] Respondent or appellee

My address and telephone are:

Name: Joseph B. Milstein, PH.D., PE
Law firm: MILSTEIN ZHANG & WU LLC
Address: 2000 Commonwealth Avenue, Suite 400
City, State and ZIP: Newton, Massachusetts 02466
Telephone: (617) 699-9909
Fax #:
E-mail address: joseph.milstein@mzwiplaw.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[X] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/30/01

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[X] Yes　　[ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/5/14　　　　　　　　　　　　　　　　　/s/ Joseph B. Milstein
Date　　　　　　　　　　　　　　　　　　Signature of pro se or counsel

cc: Jeremiah S. Helm, Esq. and Attorney Jamie L. Simpson

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2014, I electronically filed the foregoing ENTRY OF APPEARANCE with the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. P. 25(c), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012).

*/s/ Joseph B. Milstein*

Joseph B. Milstein
Milstein Zhang & Wu LLC
2000 Commonwealth Avenue, Suite 400
Newton, MA 02466-2004
617-860-2800
joseph.milstein@mzwiplaw.com