# United States Court of Appeals for the Federal Circuit

No. 2014-1207

IN RE ANDREW IAN DOUGLASS

---

### APPELLANT'S MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Pursuant to Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b), Appellant Andrew Ian Douglass ("Mr. Douglass") hereby respectfully requests that the Court enlarge the time for filing his Reply Brief by a period of **thirty (30) days, to and including September 29, 2014**.

As grounds for this motion, Mr. Douglass states that good cause exists for the requested enlargement and the additional time being sought is reasonable. This is the **first request** being made by Mr. Douglass for an enlargement of the time to file his Reply Brief. Counsel for the Appellee has advised that the Appellee **does not oppose** Mr. Douglass' request for an enlargement of time. In further support of this request, Mr. Douglass submits the accompanying Affidavit of John T. Harding and would respectfully show as follows:

1. This is an appeal from a Final Decision of the Patent Trial and Appeal Board ("PTAB") denying a patent for the invention specified in Claims 19-40 of Patent Application No. 09/527,507 ("System and Process for Virtual Management of Risk of Injury to Property or Casualty") that was originally filed by Mr. Douglass on March 16, 2000 (the "Patent Application").

2. On October 18, 2007, the U.S. Patent and Trademark Office ("PTO") mailed a Final Office Action rejecting Claims 19-40 of the Patent Application. No amendments to the Patent Application were filed after the issuance of the Final Office Action. A Notice of Appeal was timely filed on December 18, 2007, and the appeal was docketed as Appeal No. 2010-002514. On May 10, 2013, the PTAB mailed its Decision on Appeal, affirming the PTO's final rejection of Claims 19-40 of the Patent Application. No request for rehearing or reconsideration was submitted to the PTAB.

3. Pursuant to the PTO's Memorandum and Order dated October 13, 2013, Mr. Douglass timely commenced this appeal by filing and serving a Notice of Appeal on November 21, 2013.

4. Mr. Douglass timely filed his Opening Brief on May 30, 2014, and Appellee Michelle K. Lee, Deputy Director, U.S. Patent and Trademark Office, timely filed her Brief on August 11, 2014.

5. Pursuant to Fed. R. App. P. 26 and Fed. Cir. R. 26 and 31, Mr. Douglass' Reply Brief is currently due on August 28, 2014. Mr. Douglass is requesting an additional thirty (30) days in which to file his Reply Brief, to and including September 29, 2014. This is Mr. Douglass' **first request** for an enlargement of time to file his Reply Brief. Appellee Michelle K. Lee, Deputy Director, U.S. Patent and Trademark Office, does not object to the extension requested by Mr. Douglass.

6. As set forth in the accompanying Affidavit of John T. Harding, the additional time being requested is needed to prepare Mr. Douglass's Reply Brief and allow it to be properly reviewed before filing and is required due to the other professional and personal obligations of Mr. Douglass' counsel.

1486699v1

7.　　The additional thirty (30) days requested by Mr. Douglass to prepare and file his Reply Brief will not unduly delay the disposition of this appeal or prejudice the other party since no oral argument has been scheduled. The thirty (30) day enlargement should not significantly impact the time-frame in which this appeal will be resolved.

For the reasons set forth above and in the accompanying Affidavit of John T. Harding, good cause exists for the requested enlargement of time and the request is not opposed by Appellee.

**WHEREFORE**, the Appellant Andrew Ian Douglass hereby requests that the Court enlarge the time for filing his Reply Brief for a period of thirty (30) days, to and including September 29, 2014.

Respectfully submitted,
**ANDREW IAN DOUGLASS**
By his attorneys,

/s/ *John T. Harding*

---

John T. Harding
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Tel: (617) 439-7558
Fax: (617) 342-4888
jharding@morrisonmahoney.com

Dated: August 13, 2014

1486699v1

## CERTIFICATE OF SERVICE

 I hereby certify that on August 13, 2014, I electronically filed the foregoing document with the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. P. 25(c), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012).

*/s/ John T. Harding*

John T. Harding
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Tel: (617) 439-7558
Fax: (617) 342-4888
jharding@morrisonmahoney.com

1486699v1